UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **DAVID K. KIMBROUGH**<br>Plaintiff.<br><br>v.<br><br>**FORD MOTOR COMPANY**<br>Defendant. | Case No.: 3:23-cv-00055 |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 05, 2023,          By: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　Craig Thor Kimmel Esquire
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Israel Flores, Jr.
THOMPSON, COE, COUSINS & IRONS L.L.P
700 N. Pearl St., 25th Floor
Dallas, TX 75201
Email: iflores@thompsoncoe.com

Attorneys for Defendant

Dated: June 05, 2023

By: */s/ Craig Thor Kimmel*
Craig Thor Kimmel Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: teamkimmel@creditlaw.com