United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| DAVID KIMBROUGH, | § § § § | |
| Plaintiff. | | |
| V. | § § § § § § | CIVIL ACTION NO. 3:23-cv-00055 |
| FORD MOTOR COMPANY, | | |
| Defendant. | | |

## ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute and now seek to dismiss all claims with prejudice. *See* Dkt. 15. Accordingly, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own attorney's fees and costs.

SIGNED this 7th day of June 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE